

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2010

# Fatai Oladejo v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3043

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Fatai Oladejo v. Atty Gen USA" (2010). *2010 Decisions.* Paper 1691.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1691

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-3043

_____

FATAI OLADEJO,
a/k/a Faith Oladejo,
                    Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

_____

On Petition for Review of an Order
of the Board of Immigration Appeals
Agency No. A70 893 108
Immigration Judge: Alberto J. Riefkohl

_____

ORDER SUR PETITION FOR PANEL REHEARING

Before: FUENTES, WEIS and GARTH,   Circuit Judges

The judges who participated in the decision of this Court having considered the petition
for rehearing filed by Fatai Oladejo in the above-entitled case, panel rehearing is hereby
GRANTED for the reasons stated. The not precedential opinion and judgment filed on
December 18, 2009 are hereby VACATED and the attached opinion is filed forthwith.

By the Court,

/s/ Julio M. Fuentes,
Circuit Judge

Dated: March 19, 2010
ARL/cc: AWH; SMC; FO; TCU